

# CT Corporation

**Service of Process Transmittal**
06/25/2018
CT Log Number 533579397

**TO:** Barbara Jenkins
Whole Foods Market, Inc.
550 Bowie St
Austin, TX 78703-4644

**RE:** Process Served in Illinois

**FOR:** Whole Foods Market Group, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALLA TRESHUK, Pltf. vs. WHOLE FOODS MARKET GROUP, INC., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Cook County Circuit Court - County Department - Law Division, IL<br>Case # 2018L006185 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/17/2016 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/25/2018 at 10:30 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Scott J. Orzoff<br>ORZOFF LAW OFFICES<br>900 Skokie Blvd<br>Suite 250<br>Northbrook, IL 60062<br>847-564-0285 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/26/2018, Expected Purge Date: 07/01/2018<br><br>Image SOP<br><br>Email Notification, Email Process SOP@WHOLEFOODS.COM<br><br>Email Notification, Jay Warren jay.warren@wholefoods.com<br><br>Email Notification, Timothy Horn timothy.Horn@wholefoods.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / CG

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT A

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS |

(2-81) CCG-1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

(Name all parties)

ALLA TRESHUK,

      Plaintiff,

v.

WHOLE FOODS MARKET GROUP, INC.

      Defendant.

C O P Y

2018L006185
CALENDAR/ROOM F
TIME 00:00
No.    Premises Liability

Please Serve:

Whole Foods Market Group, Inc.
c/o CT Corporation System
(Registered Agent)
208 S. LaSalle St. #814
Chicago, IL 60604

## SUMMONS

To each Defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service, IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, **DOROTHY BROWN**, 20____
CLERK OF CIRCUIT COURT    JUN 1 5 2018

Clerk of Court

Date of service _____, 20____
(To be inserted by officer on copy left with defendant or other person)

Atty No. 71050
Name ORZOFF LAW OFFICES
Attorney for Plaintiff
Address 900 Skokie Blvd., Suite 250
City Northbrook, IL 60062
Telephone 847/564-0285

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202



**DIE DATE**
07/08/2018

**DOC.TYPE:** LAW
**CASE NUMBER:** 18L006185
**DEFENDANT**
HOLE FOODS MARKET GROUP INC
208 S LASALLE ST
CHICAGO, IL 60604
814

**SERVICE INF**
RM 801 C/O

**ATTACHED**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS - SUMMONS |

(2-81) CCG-1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, __LAW__ DIVISION

(Name all parties)

ALLA TRESHUK,

    Plaintiff,

v.

WHOLE FOODS MARKET GROUP, INC.

    Defendant.

C O P Y
2018L006185
CALENDAR/ROOM F
TIME 00:00
No. Premises Liability

Please Serve:

Whole Foods Market Group, Inc.
c/o CT Corporation System
(Registered Agent)
208 S. LaSalle St. #814
Chicago, IL 60604

SUMMONS

To each Defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service, IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS, __DOROTHY BROWN__ JUN 15 2018
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: _____, 20____
(To be inserted by officer on copy left with defendant or other person)

Atty No. 71050
Name ORZOFF LAW OFFICES
Attorney for Plaintiff
Address 900 Skokie Blvd., Suite 250
City Northbrook, IL 60062
Telephone 847/564-0285

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

*Law Division Room 801
Chancery-Divorce Division Room 802
County Division Room 801
Probate Division Room 1202

```
*028096 67*
```

DOC. TYPE: LAW
CASE NUMBER: 18L006185
DEFENDANT
HOLE FOODS MARKET GROUP INC
208 S LASALLE ST
CHICAGO, IL 60604
814

DIE DATE
07/08/2018

SERVICE INF
RM 801 C/O (

ATTACHED

STATE OF ILLINOIS )
                            ) SS:
COUNTY OF COOK )

FILED-2
Atty. No. 71050
2018 JUN 15 AM 9:43
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION
DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ALLA TRESHUK, )
                                        )
       Plaintiff, )
                                        )      2018L006185
 vs. ) No.  CALENDAR/ROOM F
                                        )      TIME 00:00
WHOLE FOODS MARKET GROUP, INC., )    Premises Liability
a Delaware corporation. )
                                        )
       Defendant. )

## COMPLAINT AT LAW

Plaintiff, ALLA TRESHUK, by her attorneys, ORZOFF LAW OFFICES, and complaining of the Defendant, WHOLE FOODS MARKET GROUP, INC., a Delaware corporation ("WHOLE FOODS"), states as follows:

1. That on or about June 17, 2016, the Defendant was and still is engaged in the business of operating a grocery store at 750 North Martingale Road in the City of Schaumburg, County of Cook and State of Illinois. That at the said time and place the Defendant, WHOLE FOODS, owned, operated, managed and controlled the aforesaid grocery store.

2. That on or about June 17, 2016, the Defendant, WHOLE FOODS, invited the general public, including the Plaintiff, to enter said premises for the purpose of purchasing merchandise then and there offered and sold by the Defendant; and on said day, at approximately 3:30 P.M., at the invitation and suggestion of the Defendant, WHOLE FOODS, the Plaintiff entered said premises for said purpose.

3. That it then and there became and was the duty of the Defendant, WHOLE FOODS, to exercise ordinary care and caution in and about the management of said premises, and to keep the same in a reasonably safe condition for the Plaintiff and the other persons in said grocery store for the purpose of purchasing merchandise and not to create or allow any dangerous conditions to exist on said premises.

4. That at the time of the occurrence hereinafter complained of and prior thereto, the Plaintiff was in the exercise of due care and caution for her own safety.

5. That, disregarding its aforesaid duty, the Defendant, WHOLE FOODS, by its agents and employees committed the following acts or omissions:

    a. Carelessly and negligently allowed soap, water and/or an unknown liquid substance to be lying on the ground in a women's public lavatory on the premises;

    b. Carelessly and negligently failed to timely remove said liquid when they knew or should have known of the danger to the invitee, such as the Plaintiff;

    c. Carelessly and negligently exacerbated the danger posed by the aforesaid dangerous condition;

    d. Carelessly and negligently created the aforesaid dangerous condition;

    e. Carelessly and negligently failed to warn persons lawfully using the store of the aforesaid dangerous condition;

f. Carelessly and negligently failed to have an attendant located in the women's public lavatory;

g. Carelessly and negligently used materials in the floor that became slippery and dangerous when wet;

h. Carelessly and negligently failed to lay down a rug, mat, carpet or other non-slip material in the women's public lavatory.

i. Carelessly and negligently failed to inspect said premises;

j. Carelessly and negligently inspected said premises;

k. Carelessly and negligently failed to keep the premises in a safe condition for the invitees thereon;

l. Otherwise carelessly and negligently maintained the aforesaid property.

6. That, as a direct and proximate result of the negligent failure to remove the dangerous condition by the Defendant, it's agents, servants and employees, the Plaintiff slipped and fell with great force and violence on the floor of a women's public lavatory, thereby incurring severe and permanent injuries.

7. That as a further result of the foregoing, Plaintiff fell against the hard floor, sustaining thereby serious and permanent injuries; she became sick, sore, lame and disabled; she suffered great physical pain and mental anguish; she incurred and became liable for large sums of money for medical care and attention in and about endeavoring to be cured of her aforesaid injuries; she was prevented from and hindered in attending to the usual affairs, duties and occupation which she pursued heretofore; she lost great gains and profits which she would have otherwise made and enjoyed; and she reasonably believes that in the future, she will suffer further pain and anguish, will incur further expenses for medical care and attention, and will

further be hindered in attending to her usual affairs, duties and occupation; all due to these aforesaid injuries so wrongfully sustained.

WHEREFORE, the Plaintiff, ALLA TRESHUK, asks judgment against the Defendant, WHOLE FOODS, in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) plus the costs and disbursements of this action.

_____
Attorney for Plaintiff

ORZOFF LAW OFFICES #71050
900 Skokie Blvd.
Suite 250
Northbrook, IL 60062
847/564-0285

STATE OF ILLINOIS )
) SS:
COUNTY OF COOK )

Atty. No. 71050

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

ALLA TRESHUK, )
)
        Plaintiff, )
)
vs. ) No.
)
WHOLE FOODS MARKET GROUP, INC., )
a Delaware corporation. )
)
        Defendant. )

## AFFIDAVIT IN COMPLIANCE WITH SUPREME COURT RULE 222

Scott J. Orzoff, being first duly sworn on oath, deposes and states that he is one of the attorneys for the Plaintiff and that the Plaintiff's damages in the above captioned matter are in excess of $50,000.00.

_____
Scott J. Orzoff

SUBSCRIBED and SWORN to
before me this 14th day
of June 20 18.

*Bonnie Orzoff*
Notary Public

BONNIE 1 ORZOFF
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 2, 2019

ORZOFF LAW OFFICES #71050
Attorneys for Plaintiff
900 Skokie Blvd., Suite 250
Northbrook, IL 60062
847/564-0285

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

ALLA TRESHUK )
 )
    Plaintiff, )
 )
v. ) No. 2018 L 006185
 )
WHOLE FOODS MARKET GROUP, INC. )
 )
    Defendant. )

## AFFIDAVIT OF JAY WARREN

The affiant, Jay Warren, states that the following is true and correct:

1. I am the Senior Global Litigation Counsel for Whole Foods Market Services, Inc., and I am involved in legal matters for Whole Foods Market, Inc. and its subsidiary corporations. In my capacity as Senior Global Litigation Counsel, I also have personal knowledge concerning the various legal entities that own and operate Whole Foods Market stores throughout the United States, including the legal status, form of organization, and operations of each of these legal entities.

2. The following statements are based upon my personal knowledge, and if called to do so, I could and would competently testify to the stated facts.

3. Whole Foods Market Group, Inc. is, and at all times relevant to this litigation was, a corporation solely owned by Whole Foods Market, Inc.

4. Whole Foods Market Group, Inc. is, and at all times relevant to this litigation was, a corporation organized and existing under the laws of the State of Delaware, with its principal place of business and headquarters at 550 Bowie Street, Austin, Texas.



EXHIBIT B

5.   Whole Foods Market Group, Inc. is the entity that operates all Whole Foods Market stores in the State of Illinois, and none of the stores are operated by any other entity.

6.   Whole Foods Market is a trade name that is used for many of the grocery stores operating under the entity Whole Foods Market Group, Inc., including the stores located in Illinois.

13.   Pursuant to 28 U.S.C. Sec. 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

_____
Jay Warren

Executed on: July 23, 2018

## Joseph Ryan

**From:** Joseph Ryan
**Sent:** Tuesday, July 24, 2018 10:19 AM
**To:** 'stewart@orzofflawoffices.com'
**Subject:** Alla Treshuk v. Whole Foods

Our office has been retained by Whole Foods Market Group, Inc. in the above referenced matter. In reviewing information regarding this matter, we have learned that the plaintiff resides in and is a citizen of Illinois. She also injured her left elbow in the alleged fall at the store, resulting in a displaced fracture. The plaintiff's injury required two surgical procedures and plaintiff has incurred around $90,000 in medical expenses. If any of this information is incorrect, please advise our office by 2:00 p.m. today as we will be removing the case to federal court. Thank you.

Please do not hesitate to contact this office should you have any questions or comments.

Joseph D. Ryan
Law Offices of Joseph D. Ryan, P.C.
1896 Sheridan Road
Highland Park, IL 60035
Tel: (847) 432-5971
Fax: (847) 432-5975
Email: jryan@ryanlawoffices.com

NOTICE: This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.



EXHIBIT C