# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

ALLA TRESHUK,

Plaintiff,

v.

WHOLE FOODS MARKET GROUP, INC.,

Defendant.

No. 18-cv-05050
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant WHOLE FOODS MARKET GROUP, INC. and against plaintiff ALLA TRESHUK.

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on entry of an order granting Defendant's motion (Dkt. 51) for summary judgment.

Date: September 21, 2021

_____
JOHN F. KNESS
United States District Judge